## 37469. HALL v. SMITH.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JUNE 30, 1981.

*Harrison V. Turner, John J. Jones,* for appellant.
*Roberts, Bailey, Shiver & Hodges, John H. Bailey, Jr., James I. Roberts,* for appellee.